IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § |
| Plaintiff, | § § Case No: 5:21-cv-03502-JLS |
| vs. | § § PATENT CASE § |
| OLYMPUS CORPORATION OF THE AMERICAS, | § § § |
| Defendant. | § § § |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Olympus Corporation of the Americas with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: December 8, 2021.                          Respectfully submitted,

*/s/draft*
Licardo E. Gwira
200 Walt Whitman Ave.
Mt. Laurel, NJ 08054
LicardoLegal@outlook.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on December 8, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

>                             */s/draft*
>                             Licardo E. Gwira